UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| vs. | ) | CAUSE NO. 1:17-cr-0024-JMS-MJD |
| JAMES D. VICTERY,<br>Defendant. | ) | - 01 |

**SCHEDULING ORDER**

The Court hereby sets the above cause of action for an initial hearing on the Indictment returned on February 22, 2017 for **March 15, 2017 at 2:00 p.m.** in courtroom 238 before the criminal duty magistrate judge.

**SO ORDERED**.

Dated: 23 FEB 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system